500 A.2d 808

**COMMONWEALTH of Pennsylvania**

**v.**

**Marco TABITA, Petitioner.**

Supreme Court of Pennsylvania.

Nov. 26, 1985.

Petition for Allowance of Appeal GRANTED, No. 116 W.D. Appeal Docket 1985.